AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| National Electrical Benefit Fund ) | 14. MC-293 |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14-cv-01313-PWG |
| China Power and Light, Inc. ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___11/04/2014___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___12/11/2014___

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRICAL BENEFIT FUND, *

    Plaintiff, *

v.      *    Civil Case No. PWG-14-1313

CHINA POWER & LIGHT, INC., *

    Defendant.

\*   \*   \*   \*   \*   \*   \* \*   \*   \*   \*   \*   \*   \*   \*

*14mc 293*

## ORDER

Upon review of Magistrate Judge Jillyn K. Schulze's October 8, 2014 Report and Recommendation, to which no objections have been filed, it is, this 4th day of November, 2014 ORDERED that

1. Judge Schulze's Report and Recommendation, ECF No. 9, IS ADOPTED AS AN ORDER OF COURT, as follows:

2. The Motion for Default Judgment that Plaintiff National Electrical Benefit Fund ("NEBF") filed, ECF No. 6, IS GRANTED IN PART AND DENIED AS PART as follows:

    a.    Judgment shall be entered in favor of the National Electrical Benefit Fund and against Defendant in the total amount of **$8,632.34**, which amount consists of delinquent contributions in the amount of $3,951.09, interest thereon in the amount of $899.67, liquidated damages in the amount of $790.22, audit fees in the amount of $590.26, a return check fee of $20.00, and attorneys' fees and costs in the amount of $2,381.10;

   b. Plaintiff's request for attorneys' fees and costs incurred by the NEBF in connection with the enforcement of this Judgment is premature and IS DENIED. Should Plaintiff incur any such fees and costs, Plaintiff may file a motion to recover the same at that time; and

3. The Clerk IS DIRECTED to CLOSE THIS CASE.

11·04·14

/S/
Paul W. Grimm
United States District Judge

I hereby attest and certify on 12/11/14 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deput